1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3680
7  Fax: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov
8
   Attorneys for the United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )  No. CR10-00787 PJH
                                      )
14 |      v.                          )  STIPULATION AND [PROPOSED]
                                      )  ORDER EXCLUDING TIME FROM
15 | MICHAEL BATISTE, JR.,            )  FEBRUARY 23, 2011 THROUGH
     COREY LAMONT CHAFFIN,            )  MARCH 16, 2011 FROM SPEEDY TRIAL
16 | AARON MICHAEL HALL, and          )  ACT CALCULATION (18 U.S.C. §§
     AMANDA REANE RODRIGUEZ,          )  3161(h)(7)(A) and (B))
17 |                                  )
          Defendants.                 )
18 |_____    )

19
        The parties appeared before Magistrate Judge Donna M. Ryu on December 15, 2010, for
20
   status. Given the voluminous nature of the discovery, the parties agreed that the matter should
21
   be continued to February 23, 2010 and that time should be excluded for the effective preparation
22
   of counsel. Defense counsel continue to review discovery, and now agree that a further
23
   continuance to March 16, 2011 is warranted. Accordingly, the parties agree that it is
24
   unreasonable to expect adequate preparation for pretrial proceedings or trial within the time
25
   limits of the Speedy Trial Act.
26
        The parties therefore stipulate to the following:
27
        1.    This matter is complex within the meaning of the Speedy Trial Act and an
28

CR 10-00395 PJH
[Proposed] Order Excluding Time

1  exclusion of time for effective preparation of counsel is appropriate to allow defense counsel
2  time to review the voluminous discovery, taking into account the exercise of due diligence.
3      2.    The parties further agree that the ends of justice served by excluding the period
4  from February 23, 2011, through March 16, 2011, from Speedy Trial Act calculations outweighs
5  the interests of the public and the defendants in a speedy trial by allowing time for the defense
6  effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).
7      SO STIPULATED.
8  Dated: February 22, 2011

        /s/
    KESLIE STEWART
    Assistant United States Attorney

11 Dated: February ___, 2010

    ANGELA HANSEN
    Counsel to Defendant Batiste

14 Dated: February ___, 2010

    DIANA WEISS
    Counsel to Defendant Hall

16 Dated: February ___, 2010

    LAUREL HEADLEY
    Counsel to Defendant Chaffin

19 Dated: February ___, 2010

    RANDALL KNOX
    Counsel to Defendant Rodriguez

## [PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing, the Court finds that the ends of justice served by excluding the period from February 23, 2011, through March 16, 2011, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the complex case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

CR 10-00395 PJH
[Proposed] Order Excluding Time

Accordingly, this matter is ordered set for status before magistrate Judge Donna M. Ryu on March 16, 2011 at 9:30 a.m. and the time from February 23, 2011, through March 16, 2011, shall be excluded from the Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: February 22, 2011

LAUREL BEELER
United States Magistrate Judge

CR 10-00395 PJH
[Proposed] Order Excluding Time