MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-0787 PJH |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF DISMISSAL |
| MICHAEL BATISTE, JR., COREY LAMONT CHAFFIN, AARON MICHAEL HALL, and AMANDA REANE RODRIGUEZ, | ) (Oakland Venue) |
| Defendants. | ) |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: 8.31.11

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Maureen Bessette for
MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 10-00787 PJH)

1  Leave is granted to the government to dismiss the indictment.

Date: 9/7/11



PHYLLIS J. HAMILTON
United States

2